JOHN S. LEONARDO
United States Attorney
District of Arizona
DAVID A. KERN
Assistant U.S. Attorney
State Bar No. 012027
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: david.kern@usdoj.gov
Attorneys for Plaintiff



**SEALED**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CR12-1676 TUC

United States of America,

Plaintiff,

v.

Joel Sesma-Garcia,
   a/k/a "Frank Garcia",
   a/k/a "Joe",
   a/k/a "J",
Gerald Herrera,
   a/k/a "Guero",
   a/k/a "Kamikaze",
Caleb Echeverria,
   a/k/a "Negro",
   a/k/a "Negrito",
   a/k/a "Fatman",
Jose Moreno,
        Defendants.

**INDICTMENT**

Violations: 21 USC §848
             21 USC §846

(Continuing Criminal Enterprise; Conspiracy to Possess with Intent to Distribute Cocaine)

(UNDER SEAL)

**THE GRAND JURY CHARGES:**

**COUNT 1**

From on or about October 7, 2004 and continuing thereafter, through and including the date of the return of this Indictment, in the District of Arizona, and elsewhere, **JOEL SESMA-GARCIA, a/k/a "Frank Garcia," "Joe," and "J"**, the defendant herein, did knowingly and intentionally engage in a continuing criminal enterprise in that he did commit felony violations of Title 21, United States Code, Section 846 (Conspiracy to Posses with Intent to Distribute Cocaine), and Title 21, United States Code Section 841(a)(1) (Possession

1  with Intent to Distribute cocaine), as well as other felony violations of Title 21, United States
2  Code Section 841 et seq., and which violations of said statutes were part of a continuing
3  series of violations undertaken by **JOEL SESMA-GARCIA, a/k/a, "Frank Garcia,"**
4  **"Joe," and "J"**, in concert with at least five persons, including **GERALD HERRERA,**
5  **a/k/a "Guero," and " Kamikazi", CALEB ECHEVERRIA, a/k/a "Negro," "Negrito,"**
6  **and "Fatman", JOSE MORENO, EMMETT REYNOLDS, JASON LANING, KURT**
7  **FELDMAN, CEDRIC CARROLL, NAPOLEON INGRAM, CRISTOBAL IMPERIAL,**
8  **and YVETTE HERRERA** and others both known and unknown to the grand jury, with
9  respect to whom **JOEL SESMA-GARCIA, a/k/a, "Frank Garcia," "Joe," "J"**, occupied
10 a position of organizer, supervisor or manager, and from which continuing series of
11 violations **JOEL SESMA-GARCIA, a/k/a, "Frank Garcia," "Joe," "J"**, obtained
12 substantial income and resources to which the United States is entitled to forfeiture, including
13 all profits obtained by **JOEL SESMA-GARCIA, a/k/a, "Frank Garcia," "Joe," "J"**,
14 arising from his participation in this enterprise and any interests, properties and contractual
15 rights of any kind affording a source of influence over the enterprise.
16              In violation of Title 21, United States Code, Section 848.

27 United States vs. Sesma-Garcia, et al,
   Indictment Page 2
28

## COUNT 2

Beginning on or about July of 2009 and continuing up to the date of the return of this Indictment, in the District of Arizona, and elsewhere, **JOEL SESMA-GARCIA, a/k/a, "Frank Garcia," "Joe," and "J", GERALD HERRERA, a/k/a "Guero", and "Kamikazi", CALEB ECHEVERRIA, a/k/a "Negro," "Negrito," and "Fatman",** and **JOSE MORENO**, named herein as defendants, did knowingly and intentionally combine, conspire, confederate and agree together and with each other and with other persons known and unknown to the grand jury to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL

/s/
_____
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/
_____
Assistant U.S. Attorney

AUG 0 2 2012

REDACTED FOR PUBLIC DISCLOSURE

United States vs. Sesma-Garcia, et al
Indictment Page 3

- 3 -